IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ISMAEL F. ARNAIZ,

    Petitioner,

vs.

ANTHONY HAYNES, Warden,

    Respondent.

CIVIL ACTION NO.: CV212-021

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Ismael Arnaiz ("Arnaiz") contends that the Magistrate Judge failed to set forth why he (Arnaiz) made his claims or what facts support his claims. Arnaiz also contends that his claims cannot be procedurally barred pursuant to 28 U.S.C. § 2255's savings clause. Arnaiz objects to the Magistrate Judge's conclusion that he does not satisfy the savings clause of section 2255. Arnaiz also objects to the Magistrate Judge's conclusion that he does not make a viable claim pursuant to Gilbert v. United States, 640 F.3d 1293 (11th Cir. 2011).

Arnaiz's Objections are **overruled**. Arnaiz's claims should be brought pursuant to 28 U.S.C. § 2255. In addition, Arnaiz does not satisfy the savings clause of section 2255 so that he could proceed in this 28 U.S.C. § 2241 petition.

AO 72A
(Rev. 8/82)

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Arnaiz's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**.

**SO ORDERED**, this ___2___ day of ___October___, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)